ORDERED in the Southern District of Florida on 01/09/08



Raymond B. Ray, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: COMMODORE HOLDINGS LIMITED       Case No. 00-27938 RBR
                                         Chapter 11

_____Debtor_____/

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by ____John J. Marshall____ on behalf of ____JM Partners LLC____ and in accordance with the provisions of 28 U.S.C. § 2042 and Local Rule 3011-1(C), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to ____JM Partners LLC____ and, if applicable, the "funds locator" or attorney submitting the application, _____, the sum of $ __1650.68__ now held as unclaimed funds in the treasury for the original claimant ____Lorin Rowan____.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue

LF-29 (rev. 07/17/07)                          Page 1 of 2

in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

###

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)