UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE:

| | |
|---|---|
| COMMODORE HOLDINGS LIMITED, | CASE NOS. 00-27938-BKC-RBR |
| NEW COMMODORE CRUISE LINES | 00-27939-BKC-RBR |
| LIMITED, | 00-27940-BKC-RBR |
| ALMIRA ENTERPRISES, INC. | 00-27941-BKC-RBR |
| ANASTASIA CRUISES, INC., | 00-27942-BKC-RBR |
| CROWN CRUISES LIMITED, | 00-28040-BKC-RBR |
| COMMODORE CRUISES LIMITED, | 00-28041-BKC-RBR |
| CAPRI CRUISES, | |

CHAPTER 11

_____Debtors._____

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is given that the disbursing agent in Debtor, New Commodore Cruise Lines Limited's ("NCCL"), Chapter 11 Liquidating Plan (D.E. #784) has $6,517.15 in funds unclaimed 120 calendar days after the final distribution under the plan. The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

Attached as Exhibit "1" and made a part of this Notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled. Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

I HEREBY CERTIFY that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated this 5th day of November 2008.

RICE PUGATCH ROBINSON & SCHILLER, P.A
Attorneys for the Debtors
101 NE Third Avenue, Suite 1800
Ft. Lauderdale, FL  33301
Telephone No.: 954-462-8000
Facsimile No.: 954-462-4300


By:   /s/ Lorraine Wong
      CHAD P. PUGATCH
      Florida Bar No. 220582
      LORRAINE WONG
      Florida Bar No. 0017932

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this motion was served via First Class U.S. Mail and/or CM/ECF on Steven Turner, Office of the U.S. Trustee, 51 S.W. First Ave., Room 1204, Miami, FL  33130-1669, this 5th day of November 2008.


By:   /s/ Lorraine Wong


J:\Wpdocs\3011 Commodore\001\001\Pleadings\Motions\Notice of Transfer to Registry.docx

| Name | Distribution Amount | Address 1 | Address 2 | Address 3 |
|---|---|---|---|---|
| Allison Travel | $ 100.35 | | 2921 Cahaba Road | Birmingham Al 35223 |
| Andrew Kan Travel Svc | $ 72.55 | | 135 E Front St | Traverse City MI 49684 |
| Around The World Travel Cruise | $ 14.37 | | 11026 Lamey Bridge Rd | D'Iberville MS 39532 |
| Boros & Garofalo PC | $ 137.13 | | 1201 Connecticcut Ave NW #550 | Washington DC 20036 |
| Brookshire Travel Svs Inc | $ 20.20 | | 311 So Wacker Dr #2650 | Chicago IL 60606 |
| Estar Ent Inc | $ 636.79 | | 7700 SW 115 St | Miami FL 33156 |
| Cruise Outlet Of Mtn Home | $ 49.86 | | 2309 Pine Ct | Mountain Home AR 72653 |
| Dunnes Travel Center | $ 18.86 | | 17365 W Bluemound Rd | Brookfield WI 53045 |
| Mackie World Travel | $ 32.05 | | 303 N Main St | Harrison AR 72601 |
| Maritime Health Systems LTC | $ 2,377.18 | c/o L Stephen Hess Esq | 250 W Pratt St | Baltimore MD 21201 |
| The Four James Inc | $ 4.86 | c/o Uniglobe Dependable Travel | 600 Jefferson Ave #1090 | Houston TX 77002 |
| Valley Tours & Travel | $ 6.83 | | 1905 B Florence Blvd | Florence ALA 35630 |
| William Blythe | $ 2,935.07 | POB 2834 | | Sausalito CA 94966 |
| Williams Communications Solutions | $ 83.36 | | 19111 Dallas Pkwy #100 | Dallas TX 75287 |
| Wolfgang's Cruises & Selected Tours | $ 68.92 | | 1510 Veterans Memorial Bllvd #200 | Metairie LA 70005 |
| Rush Messenger Service | $ 12.76 | | 801 NE 167 St #301 | North Miami Beach FL 33162 |
| | $ 6,571.14 | | | |

**EXHIBIT 1**